**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6242**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

RUFUS HOUSER, a/k/a Pookie,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, Chief District Judge. (3:95-cr-00012-JPB-3)

———————

Submitted: June 18, 2013          Decided: June 28, 2013

———————

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Rufus Houser, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rufus Houser appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction in sentence.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Houser, No. 3:95-cr-00012-JPB-3 (N.D. W. Va. Jan. 25, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED